IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | |
|---|---|
| TAMANTHA DAWN SIMON, | : Civil No. 1:23-CV-1363 |
| Plaintiff, | : |
| v. | : |
| | : (Magistrate Judge Bloom) |
| MARTIN O'MALLEY, | : |
| Commissioner of Social Security, | : |
| Defendant. | : |

# ORDER

AND NOW, this 21st day of May 2024, in accordance with the accompanying Memorandum Opinion, the final decision of the Commissioner is AFFIRMED. The Clerk of Court is directed to close this case.

*s/ Daryl F. Bloom*
Daryl F. Bloom
United States Magistrate Judge